# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ESTRAILLITA B. LOPEZ  
1121 SCHOOL STREET  
ROCKFORD, IL  61101  

SSN-xxx-xx-6094

Case Number: 04-73594

Case filed on: 7/15/2004  
Plan Confirmed on: 6/10/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $14,691.55          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 201 | BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 202 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ESTRAILLITA B. LOPEZ | 0.00 | 0.00 | 0.57 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.57 | 0.00 |
| 001 | BANK ONE | 4,000.00 | 4,000.00 | 4,000.00 | 800.58 |
| 002 | GMAC MORTGAGE CORPORATION | 3,428.11 | 1,109.84 | 1,109.84 | 0.00 |
| 002 | GMAC MORTGAGE CORPORATION | 450.00 | 300.20 | 300.20 | 0.00 |
|  | Total Secured | 7,878.11 | 5,410.04 | 5,410.04 | 800.58 |
| 001 | BANK ONE | 82.30 | 82.30 | 82.30 | 0.00 |
| 003 | AMCORE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ASPIRE VISA | 863.67 | 863.67 | 863.67 | 0.00 |
| 005 | ATTENTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | SMC | 357.58 | 357.58 | 357.58 | 0.00 |
| 007 | BLATT HASENMILLER LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | C.B. ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAMELOT RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COLLECTECH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CREDIT PAC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | COMPBENEFITS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CRUSADER CLINIC | 313.20 | 313.20 | 313.20 | 0.00 |
| 015 | DENNIS A BREBNER & ASSOCIATES | 1,096.69 | 1,096.69 | 1,096.69 | 0.00 |
| 016 | DYMACOL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | EAR NOSE & THROAT SPECIALISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | FEATURE FILMS FOR FAMILIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | GROLIER BOOKS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | GRUNER & JAHR | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | IHC SWEDISH AMERICAN EMERGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | INFINITY HEALTH CARE PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | JP ZUMMSUT | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | LABORATORY CORPORATION OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | OSF MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | OSF ST ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | PARENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | MUTUAL MANAGEMENT SERVICES | 315.10 | 315.10 | 315.10 | 0.00 |
| 033 | RETRIEVAL MASTERS CREDITORS BUREAU, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | REVENUE PRODUCTION MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | RISK MANAGEMENT ALTERNATIVES | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | RITMO & PASION | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | ROBERT F. MICHAELS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | ROCKFORD DENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | ROCKFORD MERCANTILE AGENCY INC | 2,391.70 | 2,391.70 | 2,391.70 | 0.00 |
| 040 | SCHOLASTIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | SPRINT PCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | STATE FARM INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | STATE OF IL. DEPT. OF EMP. SEC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---:|---:|---:|---:|
| 046 | UIC CLINICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | DENNIS A BREBNER & ASSOCIATES | 90.42 | 90.42 | 90.42 | 0.00 |
| 048 | SBC CORPORATION | 624.28 | 624.28 | 624.28 | 0.00 |
| | Total Unsecured | 6,134.94 | 6,134.94 | 6,134.94 | 0.00 |
| | Grand Total: | 15,377.05 | 12,908.98 | 12,909.55 | 800.58 |

Total Paid Claimant:    $13,710.13
Trustee Allowance:    $981.42
Percent Paid Unsecured:    100.00

    Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
    Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008    By  /s/Heather M. Fagan